# - EXHIBIT 3 -

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

# If you own or owned a UL or VUL life insurance policy issued or insured by ReliaStar Life Insurance Company or its predecessors, your rights may be affected by a class action lawsuit

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Advance Trust & Life Escrow Services, LTA, as securities intermediary for Life Partners Position Holder Trust, and Alice Curtis ("Plaintiffs"), have filed a class action against ReliaStar Life Insurance Company ("Defendant") for allegedly imposing unlawful cost of insurance ("COI") charges and waiver rider ("Rider") charges on certain universal life and variable universal life policy owners. The allegations against Defendant are described in Plaintiffs' First Amended Complaint filed with the Court on February 24, 2020.

- The Court has allowed the lawsuit to proceed as a class action against Defendant on behalf of two Classes. The first is a Class consisting of all current or former owners of universal life policies issued on the following Policy Forms issued or insured by Defendant, or its predecessors, during the Class Period: 82-358, 82-500, 82-501, 82-502, 82-503, 82-508, 82-509, 83-187, 83-300, 83-301, 83-302, 83-303, 83-304, 83-305, 83-306, 83-307, 83-308, 83-309, 10820, 10820PA, 10830, 10830 PA, 10840, 10890, 10910, 10980, 10980MN, 11021F, 11021FMN, 11060, 11060MN, 11060-U, 11060-P, 11065, 11260, 11260MN, 11265, 73853-0, and 614680. The second is a Class of all current or former owners of universal life policies issued on the following Policy Forms issued or insured by Defendant, or its predecessors, during the Class Period who were assessed Rider charges during the Class Period: 10830 and 10910. The Class Period is defined in Section 6 of this Notice. The Court has also denied ReliaStar's motion for summary judgment, and the Court, following a stipulation of the parties, has precluded ReliaStar from filing another summary judgment motion. This Notice is to inform you of the certification of the Classes, the nature of your claims, and your right to exclude yourself from the Classes.

- The Court has not decided whether any laws were broken. There is no money available now and no guarantee there ever will be. However, if you are a member of the Classes as described in this Notice, your rights are affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS CLASS ACTION | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit and await the outcome.** |
| | By doing nothing, the certification ruling means that any judgment in this case – whether favorable to Plaintiffs or Defendant – will bind all Class Members who do not timely elect to be excluded from the Classes in the manner described below. |
| **ASK TO BE EXCLUDED** | **Get no benefits from lawsuit. Keep certain rights.** |
| | If you ask to be excluded from this lawsuit and money is later awarded, you will not be allowed to request a payment. But, you preserve any rights to sue Defendant at your own expense and with your own attorney about the same legal claims asserted in this lawsuit. |

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**..................................................................................PAGE 3
    1.   Why was this Notice issued?
    2.   What is this lawsuit about?
    3.   Which life insurance policies are affected by the lawsuit?
    4.   What is a class action and who is involved?
    5.   Why is this lawsuit a class action?

**WHO IS IN THE CLASS**................................................................................PAGE 4
    6.   Am I part of this class action?
    7.   Are there exceptions to being included?
    8.   What happens if I do nothing at all?
    9.   I am still not sure if I am included.
    10.  What happens if I ask to be excluded?
    11.  How do I ask to be excluded?

**THE LAWYERS REPRESENTING YOU**.......................................................PAGE 6
    12.  Do I have a lawyer in this case?
    13.  How will the lawyers be paid?
    14.  Should I get my own lawyer?

**GETTING MORE INFORMATION**.............................................................PAGE 7
    15.  Are more details available?

6498358v1/015301

# BASIC INFORMATION

| 1.  Why was this Notice issued? |
| --- |

This Notice explains that a Court "certified" two Classes. The first is a "COI Class" consisting of all current and former owners of universal life policies issued on the following Policy Forms issued or insured by Defendant, or its predecessors, during the Class Period: 82-358, 82-500, 82-501, 82-502, 82-503, 82-508, 82-509, 83-187, 83-300, 83-301, 83-302, 83-303, 83-304, 83-305, 83-306, 83-307, 83-308, 83-309, 10820, 10820PA, 10830, 10830 PA, 10840, 10890, 10910, 10980, 10980MN, 11021F, 11021FMN, 11060, 11060MN, 11060-U, 11060-P, 11065, 11260, 11260MN, 11265, 73853-0, and 614680 (the "COI Class Policies"). The second is a "Rider Class" consisting of all current or former owners of universal life policies issued on the following Policy Forms issued or insured by Defendant, or its predecessors, who were assessed Rider charges during the Class Period: 10830 and 10910 (the "Rider Class Policies"). The Class Period is defined in Section 6 of this Notice. If this describes you, you may choose to stay in the lawsuit, or exclude yourself from it, prior to [EXCLUSION DEADLINE].

Judge Donovan W. Frank of the United States District Court for the District of Minnesota is overseeing this lawsuit, known as *Advance Trust & Life Escrow Services, LTA et al. v. ReliaStar Life Insurance Company*, Case No. 0:18-cv-2863-DWF-BRT (D. Minn.), and has determined that the breach of contract claims against Defendant can proceed as a class action. The Court has also denied Defendant's motion for summary judgment against Plaintiffs.

| 2.  What is this lawsuit about? |
| --- |

The class action lawsuit alleges that Defendant breached its contracts with certain policy owners. Plaintiffs allege that Defendant breached the COI Class Policies because Defendant imposed COI charges that were not based on Defendant's expectations as to future mortality experience, and that Plaintiffs and members of the COI Class have been damaged as a result. Plaintiffs further allege that Defendant breached the Rider Class Policies by deducting Rider charges using rates that exceed the Rider rates expressly set forth in the Rider Class Policies. Defendant denies Plaintiffs' claims and asserts multiple defenses.

On March 29, 2022, the United States District Court for the District of Minnesota granted Plaintiffs' motion for class certification against Defendant. In that same March 29, 2022 Order, the Court denied ReliaStar's motion for summary judgment. The Court's order certifying the Classes and denying ReliaStar's motion for summary judgment does not predict nor guarantee that Class Members will receive any money or benefits; that will be decided later.

| 3.  Which life insurance policies are affected by the lawsuit? |
| --- |

The Court certified two classes. The first is the COI Class, which consists of "[a]ll current and former owners of UL (including variable UL) policies insured by ReliaStar written on" the following policy forms "who were assessed COI charges during the Class Period": 82-358, 82-500, 82-501, 82-502, 82-503, 82-508, 82-509, 83-187, 83-300, 83-301, 83-302, 83-303, 83-304, 83-305, 83-306, 83-307, 83-308, 83-309, 10820, 10820PA, 10830, 10830 PA, 10840, 10890, 10910, 10980, 10980MN, 11021F, 11021FMN, 11060, 11060MN, 11060-U, 11060-P, 11065, 11260, 11260MN, 11265, 73853-0, and 614680. The second is the Rider Class, which consists of "[a]ll current and former owners of universal life policies insured by ReliaStar written on policy forms 10830 and 10910 . . . who were assessed Waiver Rider charges during the Class Period." The Class Period is defined in Section 6 of this Notice.

**4.  What is a class action and who is involved?**

In a class action, one or more person or entities, called a "Class Representative" or "Class Representatives," sue on behalf of all individuals who have a similar claim. Here, Plaintiff Advance Trust & Life Escrow Services, LTA, as securities intermediary for Life Partners Position Holder Trust, and Alice Curtis, have been appointed by the Court to represent other eligible owners of the COI Class Policies. Plaintiff Advance Trust & Life Escrow Services, LTA, as securities intermediary for Life Partners Position Holder Trust, has also been appointed by the Court to represent other eligible owners of the Rider Class Policies. Together, all of these eligible owners are called the "Class" or "Class Members." The persons who sued are called the "Plaintiffs;" a party being sued, such as ReliaStar Life Insurance Company, is called a "Defendant."

Any judgment in this case will resolve the issues for all Class Members, except for those who exclude themselves from the Classes. Class Members might receive money and/or other benefits if they stay in the Classes and if one or both of the Classes prevails on the merits; and Class Members might receive nothing if they stay in the Classes and Defendant prevails on the merits.

**5.  Why is this lawsuit a class action?**

The Court decided that the breach of contract claims against Defendant in this lawsuit can proceed as a class action because, at this point of the lawsuit, they meet the requirements of Rule 23 of the Federal Rules of Civil Procedure, which governs class actions in federal court. The Court found that:

- There are numerous Class Members whose interests will be affected by this lawsuit;
- There are legal questions and facts that are common to each of them;
- The Class Representatives' claims are typical of the claims of the rest of the Classes;
- The Class Representatives and the lawyers representing the Classes will fairly and adequately represent the interests of the Classes;
- A class action would be a fair, efficient and superior way to resolve this lawsuit; and
- The common legal questions and facts predominate over questions that affect only individual Class Members.

For more information, visit the Important Documents page at [WEBSITE].

## WHO IS IN THE CLASS

**6.  Am I part of this class action?**

The COI Class consists of all current and former owners of universal life policies issued on the following Policy Forms issued or insured by ReliaStar Life Insurance Company, or its predecessors, who were assessed COI charges during the Class Period: 82-358, 82-500, 82-501, 82-502, 82-503, 82-508, 82-509, 83-187, 83-300, 83-301, 83-302, 83-303, 83-304, 83-305, 83-306, 83-307, 83-308, 83-309, 10820, 10820PA, 10830, 10830 PA, 10840, 10890, 10910, 10980, 10980MN, 11021F, 11021FMN, 11060, 11060MN, 11060-U, 11060-P, 11065, 11260, 11260MN, 11265, 73853-0, and 614680.

The Rider Class consists of all current and former owners of universal life policies issued on the following Policy Forms issued or insured by ReliaStar Life Insurance Company, or its predecessors, during the Class Period who were assessed Rider charges during the Class Period: 10830 and 10910.

The "Class Period" starts on the following dates through the date of final judgment in this action:

6498358v1/015301

| Start Date of Class Period | Policy Issue State |
|---|---|
| October 5, 2003 | Kentucky |
| October 5, 2008 | Illinois, Indiana, Iowa, Louisiana, Rhode Island, West Virginia |
| October 5, 2010 | Montana, Ohio |
| October 5, 2012 | Alabama, Arizona, Connecticut, Georgia, Hawaii, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nevada, New Jersey, North Dakota, Oregon, South Dakota, Tennessee, Utah, Vermont, Wisconsin |
| October 5, 2013 | Florida, Idaho, Kansas, Missouri, Nebraska, Oklahoma |
| October 5, 2014 | California, Pennsylvania, Texas |

## 7. Are there exceptions to being included?

Yes. Excluded from the Classes are current or former owners of the COI Class Policies or Rider Class Policies issued in Alaska, Arkansas, New Mexico, New York, Virginia, Washington, and Wyoming; and Defendant ReliaStar Life Insurance Company, its officers and directors, members of their immediate families, and their heirs, successors, or assigns. Also excluded from the COI Class are current or former owners of the policies listed in Exhibit A.

## 8. What happens if I do nothing at all?

By doing nothing, you will remain in the Class(es). If you remain in the Class(es) and Plaintiffs obtain money or other value from this lawsuit—either as a result of any ruling, trial, or Court-approved settlement—you may receive a payment, if you are entitled to one. Keep in mind that if you do nothing now, regardless of whether Plaintiffs win or lose, you will be legally bound by all Court orders and judgments made in this class action and you will not be able to maintain a separate lawsuit against Defendant for the same legal claims that are the subject of this lawsuit.

## 9. I am still not sure if I am included.

If you're still not sure whether you are included in the Classes, please visit [WEBSITE], call the Notice Administrator toll-free [PHONE NUMBER], or write to: [MAILING ADDRESS].

## 10. What happens if I ask to be excluded?

If you exclude yourself (or "opt-out") from either Class, you will not receive any distribution that may result from a judgment or settlement favorable to Plaintiffs. If you exclude yourself, you will also not be legally bound by the Court's orders and judgments in this class action. You may sue or continue to sue Defendant for the same legal claims that are the subject of this lawsuit. If you choose to pursue your own lawsuit against Defendant, you may hire a lawyer at your own expense to prove your alleged claims.

## 11. How do I ask to be excluded?

To exclude yourself, you must send a letter to the Notice Administrator requesting exclusion from the *Advance Trust & Life Escrow Services, LTA et al. v. ReliaStar Life Insurance Company*, Case No. 0:18-cv-2863-DWF-BRT (D. Minn.) class action, with your name, address, telephone number, email address, and signature. You must also identify your COI Class Policy or Policies and/or Rider Class Policy or Policies to be excluded. Your exclusion request must be postmarked no later than [EXCLUSION DEADLINE]. Send your exclusion request to: [MAILING ADDRESS]. If you own multiple COI Class Policies or Rider Class Policies that are included in the Classes, you may request to exclude some policies from the Classes, while participating in the Classes with respect to other policies.

**IF YOU DO NOT EXCLUDE YOURSELF BY [EXCLUSION DEADLINE], YOU WILL REMAIN PART OF THE CLASS(ES) AND BE BOUND BY THE ORDERS OF THE COURT IN THIS LAWSUIT.**

## The Lawyers Representing You

## 12. Do I have a lawyer in this case?

Yes. The Court has appointed the following lawyers as "Class Counsel."

| | |
|---|---|
| Steven G. Sklaver | Seth Ard |
| Rohit D. Nath | Ryan Kirkpatrick |
| SUSMAN GODFREY LLP | SUSMAN GODFREY LLP |
| 1900 Avenue of the Stars, Suite 1400 | 1301 Avenue of the Americas, 32nd Floor |
| Los Angeles, CA 90067-6029 | New York, NY 10019 |
| ssklaver@susmangodfrey.com | sard@susmangodfrey.com |
| rnath@susmangodfrey.com | rkirkpatrick@susmangodfrey.com |
| Telephone: 310-789-3100 | Telephone: 212-336-8330 |

Ryan Weiss
Krisina Zuñiga
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
rweiss@susmangodfrey.com
kzuniga@susmangodfrey.com
Telephone: 713-651-9366

## 13. How will the lawyers be paid?

Class Counsel will represent your interests in presenting the claims against Defendant. You will not be personally responsible for Plaintiffs' attorneys' fees or costs, except to the extent that the Court may approve or award any such fees and costs to Class Counsel, which could be paid by Defendant directly or out of the recovery in this action, if any.

## 14. Should I get my own lawyer?

If you stay in the Classes, you do not need to hire your own lawyer to pursue the claims against Defendant because Class Counsel is working on behalf of the Classes. However, if you want to be represented by your own lawyer, you may hire one at your own expense and cost.

6498358v1/015301

## GETTING MORE INFORMATION

| 15. Are more details available? |
|---|

Yes. Key Dates and Important Documents related to the lawsuit can be found at [WEBSITE]. For additional assistance, contact the Notice Administrator by calling, toll-free, [PHONE NUMBER] or write to: [MAILING ADDRESS].

**PLEASE DO <u>NOT</u> CONTACT THE COURT OR RELIASTAR LIFE INSURANCE COMPANY WITH ANY QUESTIONS YOU HAVE CONCERNING THIS MATTER. ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.**

# Exhibit A

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 1785320 | 005009219H | 00W0001060 | CBS0114895 | SC1073227R |
| 1798081 | 005009243H | 00W0001108 | CBS0114896 | SC1073913R |
| 1798861 | 005009279E | 00W0001164 | CBS0116584 | SC1074002H |
| 1804847 | 005009305R | 00W0001194 | CBS0117545 | SC1074784B |
| 1806377 | 005009362D | 00W0001195 | CBS0122127 | SC1075356E |
| 1813308 | 005009374H | 00W0001379 | CBS0127499 | SC1076825H |
| 1813756 | 005009440J | 00W0001380 | CBS0127613 | SC1077009R |
| 1816050 | 005009623E | 00W0001388 | CBS0127662 | SC1078252G |
| 1819096 | 005009715J | 00W0001456 | CBS0127710 | SC1081566G |
| 1819401 | 005009791G | 00W0001485 | CBS0128106 | SC1086528D |
| 1819678 | 005009803J | 00W0001548 | CBS0128129 | SC1088074R |
| 1820540 | 005009828W | 00W0001551 | CBS0129830 | SC1088867R |
| 1824198 | 005009838J | 00W0001570 | CBS0130607 | SC1092812G |
| 1826018 | 005009854J | 00W0001597 | CBS0131241 | SC1093766B |
| 1829179 | 005009865X | 00W0001733 | CBS0131270 | SC1096002M |
| 1829237 | 005010021D | 00W0001767 | CBS0134866 | SC1096087W |
| 1829318 | 005010064D | 00W0001870 | CBS0136345 | SC1098676D |
| 1833769 | 005010196X | 00W0001871 | CBS0136844 | SC1100232E |
| 1845164 | 005010220W | 00W0001974 | CBS0137033 | SC1105556G |
| 1851738 | 005010365R | 00W0002078 | CBS0137515 | SC1107829R |
| 1851987 | 005010370G | 00W0002082 | CBS0138291 | SC1107963M |
| 1853197 | 005010373R | 00W0002087 | CBS0138445 | SC1114110G |
| 1853209 | 005010393B | 00W0002088 | CBS0138526 | SC1114153G |
| 1853841 | 005010394W | 00W0002105 | CBS0138623 | SC1114627B |
| 1854295 | 005010400D | 00W0002259 | CBS0139721 | SC1115975X |
| 1854306 | 005010418G | 00W0002291 | CBS0139772 | SC1118494M |
| 1854716 | 005010456E | 00W0002312 | CBS0139950 | SC1121201E |
| 1855527 | 005010693W | 00W0002401 | CBS0140390 | SC1121556G |
| 1857124 | 005010835E | 00W0002450 | CBS0141919 | SC1122725M |
| 1858281 | 005010849D | 00W0002491 | CBS0143958 | SC1123765R |
| 1858750 | 005010910D | 00W0002615 | CBS0145418 | SC1127939W |
| 1860281 | 005010912R | 00W0002681 | SC0397399B | SC1129613X |
| 1860285 | 005010985M | 00W0002760 | SC0504453R | SC1131537X |
| 1860398 | 005010993M | 00W0002780 | SC0529878D | SC1133240D |
| 1860518 | 005011019K | 00W0002795 | SC0534754M | SC1133962X |
| 1860532 | 005011033X | 00W0002838 | SC0543476G | SC1134549W |
| 1860790 | 005011121X | 00W0002901 | SC0556445G | SC1135234W |
| 1861166 | 005011137J | 00W0002918 | SC0568452M | SC1135237G |
| 1861247 | 005011138G | 00W0002983 | SC0573011K | SC1139445B |
| 1861250 | 005011200D | 00W0003016 | SC0575509X | SC1145496X |
| 1861766 | 005011210R | 00W0003038 | SC0586154K | SC1149669E |
| 1862222 | 005011343H | 00W0003043 | SC0591531G | SC1152871D |
| 1862454 | 005011421R | 00W0003077 | SC0595346M | SC1153269X |
| 1862483 | 005011434W | 00W0003082 | SC0596500G | SC1154132K |
| 1863605 | 005011494M | 00W0003178 | SC0599595R | SC1156093B |
| 1863630 | 005011495J | 00W0003239 | SC0600336M | SC1157339J |
| 1863648 | 005011501R | 00W0003240 | SC0601328E | SC1157592D |
| 1864184 | 005011516J | 00W0003430 | SC0603042W | SC1158915D |
| 1864460 | 005011517G | 00W0003457 | SC0604708M | SC1159532H |
| 1864818 | 005011581W | 00W0003504 | SC0606449G | SC1163695R |
| 1864830 | 005011638M | 00W0003549 | SC0614409R | SC1167824E |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 1865284 | 005011661W | 00W0003550 | SC0615154K | SC1168116W |
| 1865450 | 005011678E | 00W0003554 | SC0616875D | SC1169260X |
| 1865490 | 005011679B | 00W0003624 | SC0618125D | SC1169367X |
| 1866846 | 005011716B | 00W0003647 | SC0618382B | SC1170291W |
| 1867037 | 005011783B | 00W0003756 | SC0625656M | SC1172654X |
| 1867404 | 005011913D | 00W0003764 | SC0627128D | SC1180038G |
| 1867487 | 005011935B | 00W0003765 | SC0629079X | SC1180106B |
| 1868067 | 005011943B | 00W0003793 | SC0634149M | SC1180702H |
| 1868108 | 005011956D | 00W0003796 | SC0639158E | SC1180976M |
| 1868271 | 005012054K | 00W0003801 | SC0639559D | SC1181124E |
| 1868494 | 005012055H | 00W0003806 | SC0640583G | SC1182202D |
| 1868861 | 005012072E | 00W0003824 | SC0641636H | SC1182216B |
| 1869241 | 005012165G | 00W0003825 | SC0646207X | SC1182614J |
| 1869496 | 005012189W | 00W0003834 | SC0649399E | SC1184085E |
| 1869502 | 005012244J | 00W0003837 | SC0649925D | SC2258815B |
| 1869510 | 005012265K | 00W0003838 | SC0654683W | SC2270165D |
| 1869514 | 005012460B | 00W0003889 | SC0655178J | SC2271674W |
| 1870287 | 005012544G | 00W0003890 | SC0655877K | SC2283217K |
| 1870559 | 005012622M | 00W0003919 | SC0656407K | SC2290102B |
| 1871218 | 005012679K | 00W0003949 | SC0660107K | SC2474438B |
| 1871420 | 005012888X | 00W0004027 | SC0661323M | |
| 1871436 | 005013072R | 00W0004084 | SC0666392B | |
| 1871444 | 005013920H | 00W0004099 | SC0666637D | |
| 1871537 | 005013967M | 00W0004144 | SC0670893B | |
| 1871717 | 005013972E | 00W0004256 | SC0673616J | |
| 1871742 | 005014006D | 00W0004440 | SC0673723X | |
| 1871838 | 005014044B | 00W0004513 | SC0675424B | |
| 1872371 | 005014274J | 00W0004560 | SC0675480K | |
| 1873083 | 005014291G | 00W0004585 | SC0675710X | |
| 1874209 | 005014392H | 00W0004610 | SC0675977B | |
| 1874306 | 005014400G | 00W0004616 | SC0676073W | |
| 1874341 | 005014467W | 00W0004662 | SC0676738G | |
| 1874720 | 005014480H | 00W0004765 | SC0678216D | |
| 1875292 | 005014490B | 00W0004779 | SC0682070G | |
| 1875437 | 005014546B | 00W0004857 | SC0685057H | |
| 1875731 | 005014715W | 00W0004874 | SC0686064D | |
| 1875733 | 005014751D | 00W0004968 | SC0688345K | |
| 1875816 | 005014801E | 00W0004979 | SC0688347E | |
| 1875998 | 005014823D | 00W0005020 | SC0688355E | |
| 1876282 | 005014892R | 00W0005076 | SC0689123M | |
| 1877396 | 005014999R | 00W0005092 | SC0689778K | |
| 1877526 | 005015224W | 00W0005220 | SC0691896E | |
| 1877696 | 005015238R | 00W0005221 | SC0692403J | |
| 1877722 | 005015271K | 00W0005268 | SC0694171K | |
| 1878036 | 005015375D | 00W0005284 | SC0694897M | |
| 1878305 | 005015727M | 00W0005317 | SC0695146G | |
| 1878674 | 005015820E | 00W0005390 | SC0696846R | |
| 1879569 | 005016252M | 00W0005436 | SC0698984B | |
| 1879746 | 005016262G | 00W0005536 | SC0700650B | |
| 1880405 | 005016291H | 00W0005571 | SC0701336H | |
| 1881103 | 005016536J | 00W0005590 | SC0702905W | |

| | | | | |
|---|---|---|---|---|
| 1881310 | 005016680B | 00W0005711 | SC0704640K | |
| 1881339 | 005016717K | 00W0005724 | SC0705923D | |
| 1881765 | 005016947B | 00W0005736 | SC0707180H | |
| 1881812 | 005017020D | 00W0005797 | SC0708368R | |
| 1882092 | 005017022R | 00W0005898 | SC0708794J | |
| 1882174 | 005017145R | 00W0005980 | SC0709850J | |
| 1882241 | 005017232X | 00W0005981 | SC0713471G | |
| 1882246 | 005017375E | 00W0005989 | SC0717724K | |
| 1882634 | 005017444R | 00W0006034 | SC0717954B | |
| 1883414 | 005017474M | 00W0006073 | SC0718761E | |
| 1885697 | 005017539J | 00W0006135 | SC0721966D | |
| 1885873 | 005017557D | 00W0006144 | SC0722054X | |
| 1886015 | 005017583R | 00W0006204 | SC0722541E | |
| 1886361 | 005017678J | 00W0006220 | SC0722900X | |
| 1886540 | 005017683B | 1U01233040 | SC0723574D | |
| 1886542 | 005017748W | 1U01236600 | SC0723736R | |
| 1887525 | 005017752K | 1U01240810 | SC0725185K | |
| 1887701 | 005017913H | 1U01244170 | SC0725509W | |
| 1887823 | 005018178M | 1U01251460 | SC0729548R | |
| 1888797 | 005018179J | 1U01253050 | SC0731184M | |
| 1889010 | 005018192B | 1U01256190 | SC0733147M | |
| 1889026 | 005018230W | 1U01259050 | SC0733251M | |
| 1889081 | 005018243X | 1U01262260 | SC0735741J | |
| 1889242 | 005018244R | 1U01266710 | SC0736848B | |
| 1889420 | 005018345W | 1U01267910 | SC0738644G | |
| 1889528 | 005018453D | 1U01268310 | SC0739399G | |
| 1890811 | 005018469M | 1U01268830 | SC0739937J | |
| 1890916 | 005018494J | 1U01269280 | SC0740557W | |
| 1891376 | 005018519R | 1U01270210 | SC0743177M | |
| 1891468 | 005018595K | 1U01272060 | SC0744050X | |
| 1891828 | 005018796X | 1U01272390 | SC0745306B | |
| 1891833 | 005018909E | 1U01272510 | SC0745490D | |
| 1892474 | 005019080B | 1U01272550 | SC0745492R | |
| 1892550 | 005019233W | 1U01273300 | SC0746856D | |
| 1892811 | 005019532W | 1U01273310 | SC0747902J | |
| 1893561 | 005019535G | 1U01273920 | SC0747904D | |
| 1893883 | 005019564H | 1U01274180 | SC0747983H | |
| 1893943 | 005019700W | 1U01275260 | SC0749172W | |
| 1894317 | 005019816M | 1U01275970 | SC0750208R | |
| 1895464 | 005019833J | 1U01275980 | SC0752762D | |
| 1895714 | 005019842G | 1U01275990 | SC0752858M | |
| 1896051 | 005019854K | 1U01276020 | SC0753002X | |
| 1897616 | 005019921J | 1U01276240 | SC0753722D | |
| 1897934 | 005019922G | 1U01276270 | SC0754185G | |
| 1898764 | 005019945B | 1U01279700 | SC0754838J | |
| 1898805 | 005019960E | 1U01280340 | SC0755748H | |
| 1898810 | 005019967X | 1U01281210 | SC0758743X | |
| 1899090 | 005019977K | 1U01281530 | SC0762041E | |
| 1899353 | 005020003K | 1U01281590 | SC0763576D | |
| 1900503 | 005020052X | 1U01281920 | SC0764207E | |
| 1900586 | 005020132X | 1U01285280 | SC0769066H | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 1901312 | 005020218W | 1U01286020 | SC0771124E | |
| 1902189 | 005020262D | 1U01286090 | SC0773273X | |
| 1902736 | 005020349W | 1U01286540 | SC0773400K | |
| 1903262 | 005020390M | 1U01287530 | SC0773575H | |
| 1903287 | 005020442H | 1U01288780 | SC0774252H | |
| 1903442 | 005020470M | 1U01289710 | SC0774795R | |
| 1903890 | 005020592W | 1U01289810 | SC0777871D | |
| 1903973 | 005020630M | 1U01290050 | SC0778976B | |
| 1904024 | 005020704G | 1U01290060 | SC0779469B | |
| 1904025 | 005020725H | 1U01290370 | SC0780292W | |
| 1905247 | 005020987H | 1U01290440 | SC0783657D | |
| 1906114 | 005021047X | 1U01292310 | SC0783660B | |
| 1906459 | 005021079J | 1U01293760 | SC0784590E | |
| 1907665 | 005021143X | 1U01295500 | SC0786511B | |
| 1907942 | 005021151X | 1U01296400 | SC0787295D | |
| 1908855 | 005021241K | 1U01296680 | SC0787928B | |
| 1909162 | 005021283R | 1U01297190 | SC0787932R | |
| 1910142 | 005021409D | 1U01297200 | SC0789223D | |
| 1911078 | 005021423J | 1U01297660 | SC0790787R | |
| 1911805 | 005021537M | 1U01297790 | SC0790860B | |
| 1911869 | 005021686G | 1U01297810 | SC0795949D | |
| 1912153 | 005021707G | 1U01298550 | SC0796268E | |
| 1913764 | 005021717X | 1U01299970 | SC0799492H | |
| 1914607 | 005021731G | 1U01300020 | SC0801402M | |
| 1915025 | 005021832H | 1U01300070 | SC0802062X | |
| 1915646 | 005021865R | 1U01300430 | SC0802137H | |
| 1917193 | 005021919D | 1U01300540 | SC0802687X | |
| 1918452 | 005021960X | 1U01300880 | SC0804862E | |
| 1919331 | 005022081D | 1U01301020 | SC0805441K | |
| 1920371 | 005022104R | 1U01301530 | SC0806545M | |
| 1920384 | 005022136G | 1U01301540 | SC0807484M | |
| 1920521 | 005022153D | 1U01302110 | SC0808066J | |
| 1921133 | 005022492M | 1U01302510 | SC0809378D | |
| 1921506 | 005022567D | 1U01303150 | SC0813168R | |
| 1921510 | 005022604D | 1U01303170 | SC0815769G | |
| 1921677 | 005022810B | 1U01303510 | SC0816018X | |
| 1922463 | 005022922K | 1U01303580 | SC0817601R | |
| 1922490 | 005023177E | 1U0130377A | SC0817630W | |
| 1923158 | 005023182R | 1U01303850 | SC0818384B | |
| 1923498 | 005023230E | 1U01303870 | SC0819223M | |
| 1923834 | 005023231B | 1U01303880 | SC0820063W | |
| 1924244 | 005023268M | 1U01306340 | SC0820304M | |
| 1924447 | 005023292M | 1U01307430 | SC0822418X | |
| 1925876 | 005023330J | 1U01307500 | SC0822843W | |
| 1926578 | 005023384X | 1U01307630 | SC0825559E | |
| 1926709 | 005023387H | 1U01308650 | SC0826580G | |
| 1926713 | 005023445J | 1U01308660 | SC0829896G | |
| 1928106 | 005023490K | 1U01308830 | SC0830211M | |
| 1932061 | 005023511K | 1U01308880 | SC0830524K | |
| 1935453 | 005023512H | 1U01310830 | SC0831261H | |
| 1942472 | 005023547H | 1U01310900 | SC0831712H | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 1943202 | 005023596R | 1U01311020 | SC0832199D | |
| 1946472 | 005023625R | 1U01311070 | SC0834920K | |
| 1947911 | 005023629B | 1U01312320 | SC0835623R | |
| 1952506 | 005023670W | 1U01312340 | SC0839685H | |
| 1954660 | 005023679E | 1U01312670 | SC0839933H | |
| 1956882 | 005023727M | 1U01312680 | SC0841978R | |
| 1962948 | 005023750W | 1U01312770 | SC0842087M | |
| 1963332 | 005023751M | 1U01312780 | SC0842434D | |
| 1969777 | 005023772R | 1U01312880 | SC0842640B | |
| 1972988 | 005023816J | 1U01313340 | SC0846896W | |
| 1973358 | 005023819X | 1U01314750 | SC0847873M | |
| 1976688 | 005023829K | 1U01315370 | SC0848371E | |
| 1985157 | 005023833G | 1U01315500 | SC0851196G | |
| 1996510 | 005023844R | 1U01316200 | SC0853074E | |
| 2009541 | 005023854H | 1U01316700 | SC0853143R | |
| 2020392 | 005024004K | 1U01317090 | SC0856024M | |
| 2020396 | 005024005H | 1U01317150 | SC0860123X | |
| 2021555 | 005024141X | 1U01318340 | SC0861662K | |
| 2063519 | 005024165J | 1U01318350 | SC0862358K | |
| 2066036 | 005024194K | 1U01318710 | SC0863939G | |
| 2082018 | 005024229J | 1U01318950 | SC0864452B | |
| 2190225 | 005024278W | 1U01319240 | SC0866021G | |
| 7000217 | 005024304H | 1U01319370 | SC0867576J | |
| 7000261 | 005024305E | 1U01319380 | SC0867715H | |
| 7000262 | 005024360X | 1U01319420 | SC0867906D | |
| 7000263 | 005024378D | 1U01319470 | SC0869385W | |
| 7000270 | 005024385G | 1U01319670 | SC0870528E | |
| 7000302 | 005024611H | 1U01320020 | SC0870563M | |
| 7000369 | 005024614W | 1U01320300 | SC0871392R | |
| 7000401 | 005024631M | 1U01320330 | SC0871544R | |
| 7000507 | 005024656B | 1U01320350 | SC0871620J | |
| 7000592 | 005024667J | 1U01320710 | SC0871630D | |
| 7000617 | 005024682M | 1U01321580 | SC0871678E | |
| 7000628 | 005024702W | 1U01322050 | SC0872380B | |
| 7000833 | 005024704J | 1U01322840 | SC0872484K | |
| 7001131 | 005024783R | 1U01323080 | SC0873003D | |
| 7001215 | 005024841W | 1U01323270 | SC0873534E | |
| 7001310 | 005024854X | 1U01323430 | SC0874217D | |
| 7001392 | 005024878J | 1U01323500 | SC0874777G | |
| 7001505 | 005024938E | 1U01323640 | SC0875242J | |
| 7001654 | 005024963B | 1U01323730 | SC0875244D | |
| 7001758 | 005024996H | 1U01323870 | SC0875489G | |
| 7001797 | 005025035W | 1U01324160 | SC0876253J | |
| 7001852 | 005025091H | 1U01325270 | SC0876547X | |
| 7001901 | 005025134G | 1U01325370 | SC0877388G | |
| 7001966 | 005025182W | 1U01326100 | SC0878985B | |
| 7002555 | 005025239M | 1U01326270 | SC0880967D | |
| 7002557 | 005025259X | 1U01327990 | SC0881012X | |
| 7002634 | 005025278H | 1U01328100 | SC0883002H | |
| 7002708 | 005025339X | 1U01328270 | SC0883659X | |
| 7003041 | 005025387J | 1U01328480 | SC0883753G | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 7003071 | 005025388G | 1U0132869A | SC0886190H | |
| 7003802 | 005025416J | 1U01329570 | SC0886870B | |
| 7003890 | 005025470H | 1U01329600 | SC0887300R | |
| 7004002 | 005025471E | 1U01329790 | SC0887302H | |
| 7004065 | 005025512J | 1U01329970 | SC0887892J | |
| 7004196 | 005025631E | 1U01330330 | SC0888146E | |
| 7004438 | 005025680K | 1U01330360 | SC0888168D | |
| 7004852 | 005025717D | 1U01330840 | SC0890192W | |
| 7004861 | 005025736K | 1U01331000 | SC0890720H | |
| 7005090 | 005025821D | 1U01331020 | SC0891045H | |
| 7005095 | 005025945X | 1U01331140 | SC0891317X | |
| 7005206 | 005026005J | 1U01331820 | SC0893501B | |
| 7005317 | 005026054W | 1U01331950 | SC0894033R | |
| 7005409 | 005026123H | 1U01332000 | SC0894252R | |
| 7005426 | 005026151M | 1U01332110 | SC0895196W | |
| 7005446 | 005026158H | 1U01332130 | SC0895213K | |
| 7005886 | 005026237K | 1U01332170 | SC0897523D | |
| 7005889 | 005026273W | 1U01332180 | SC0899097K | |
| 7006014 | 005026319E | 1U01332550 | SC0899278M | |
| 7006240 | 005026340R | 1U01333460 | SC0899805H | |
| 7006312 | 005026410D | 1U01334090 | SC0900187M | |
| 7006428 | 005026432B | 1U01334170 | SC0900444J | |
| 7006578 | 005026553H | 1U01334730 | SC0901551J | |
| 7006673 | 005026582J | 1U01335280 | SC0901669X | |
| 7006839 | 005026605D | 1U01335400 | SC0902452K | |
| 7006985 | 005026634E | 1U01335410 | SC0902947H | |
| 7007096 | 005026666R | 1U01335520 | SC0902985G | |
| 7007200 | 005026686B | 1U01336300 | SC0903546B | |
| 7007278 | 005026808D | 1U01337430 | SC0903567D | |
| 7007393 | 005026817X | 1U0133796A | SC0904210X | |
| 7007509 | 005026833X | 1U01339570 | SC0905025M | |
| 7007613 | 005026871W | 1U01340730 | SC0905903E | |
| 7007748 | 005026881J | 1U01342180 | SC0906488K | |
| 7008334 | 005026903G | 1U01343070 | SC0906694J | |
| 7008863 | 005026948X | 1U01344330 | SC0906730M | |
| 7009067 | 005027010K | 1U01344790 | SC0906870J | |
| 7009075 | 005027055E | 1U01345420 | SC0906987D | |
| 7009207 | 005027274E | 1U01346490 | SC0907327E | |
| 7009599 | 005027371B | 1U01346680 | SC0907537H | |
| 7010072 | 005027517M | 1U01347270 | SC0907655G | |
| 7010110 | 005027518J | 1U01347340 | SC0907703R | |
| 7010144 | 005027540W | 1U01347370 | SC0907778G | |
| 7010215 | 005027542J | 1U01348980 | SC0908037K | |
| 7010396 | 005027605M | 1U01349480 | SC0908348W | |
| 7010473 | 005027641X | 1U01351550 | SC0908611B | |
| 7010540 | 005027647W | 1U01351560 | SC0908625X | |
| 7010643 | 005027659D | 1U01351930 | SC0909296M | |
| 7010674 | 005027664M | 1U01352560 | SC0909432D | |
| 7010934 | 005027761J | 1U01353130 | SC0909652X | |
| 7010990 | 005027775H | 1U01353150 | SC0909718K | |
| 7011067 | 005027776E | 1U01354490 | SC0909719H | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 7011248 | 005027842G | 1U01354850 | SC0909946H | |
| 7011727 | 005027845R | 1U01354880 | SC0910088G | |
| 7011929 | 005027852X | 1U01355050 | SC0910926G | |
| 7011992 | 005027958D | 1U01356250 | SC0911487D | |
| 7011995 | 005027965G | 1U01356520 | SC0911584X | |
| 7012060 | 005027970W | 1U01357470 | SC0913999W | |
| 7012233 | 005027992R | 1U01357480 | SC0914209R | |
| 7012495 | 005028023E | 1U01357500 | SC0914341B | |
| 7012579 | 005028031E | 1U01358260 | SC0914482M | |
| 7012668 | 005028063R | 1U01358570 | SC0914688D | |
| 7012813 | 005028079G | 1U01359830 | SC0914953X | |
| 7012953 | 005028080K | 1U01359840 | SC0915332R | |
| 7012998 | 005028085M | 1U01360100 | SC0915762R | |
| 7013060 | 005028144K | 1U01363850 | SC0916531B | |
| 7013538 | 005028159G | 1U01365590 | SC0916617X | |
| 7013578 | 005028277E | 1U01367200 | SC0916818G | |
| 7013718 | 005028320K | 1U01367610 | SC0917045D | |
| 7014443 | 005028326J | 1U01367730 | SC0917354R | |
| 7014444 | 005028467D | 1U01369710 | SC0917967J | |
| 7014676 | 005028488E | 1U01369720 | SC0918089J | |
| 7015050 | 005028562G | 1U01371140 | SC0918095W | |
| 7015254 | 005028627D | 1U01371780 | SC0918334B | |
| 7015422 | 005028628X | 1U01372760 | SC0918528E | |
| 7015463 | 005028654K | 1U01373160 | SC0918536E | |
| 7015553 | 005028701E | 1U01373170 | SC0919137J | |
| 7015925 | 005028712M | 1U01375660 | SC0919173R | |
| 7016048 | 005028768R | 1U01377240 | SC0919544R | |
| 7016684 | 005028769K | 1U01377270 | SC0919669H | |
| 7017224 | 005028839X | 1U01377790 | SC0919715E | |
| 7017692 | 005028858H | 1U01378770 | SC0920307G | |
| 7017868 | 005028870D | 1U01378780 | SC0920352H | |
| 7017890 | 005028907M | 1U01379890 | SC0920678H | |
| 7017923 | 005028927X | 1U01380590 | SC0920728J | |
| 7018083 | 005028940J | 1U01381280 | SC0921823E | |
| 7018239 | 005028954H | 1U01381290 | SC0921883B | |
| 7018303 | 005028965W | 1U01382870 | SC0922023K | |
| 7018373 | 005028968G | 1U01383560 | SC0922474M | |
| 7018747 | 005028971E | 1U01385560 | SC0922523X | |
| 7019081 | 005029030X | 1U01388410 | SC0922688D | |
| 7019109 | 005029044W | 1U01389370 | SC0922819B | |
| 7019333 | 005029075K | 1U01391800 | SC0922911R | |
| 7019507 | 005029080D | 1U01391880 | SC0923122K | |
| 7019514 | 005029096M | 1U01393650 | SC0923476W | |
| 7019518 | 005029105H | 1U01393930 | SC0923537H | |
| 7019524 | 005029202E | 1U01394110 | SC0923543R | |
| 7020199 | 005029283D | 1U01396490 | SC0924049W | |
| 7020446 | 005029305X | 1U01397760 | SC0924372W | |
| 7021075 | 005029308H | 1U01400840 | SC0924379K | |
| 7021357 | 005029384E | 1U01402120 | SC0924540W | |
| 7021402 | 005029430B | 1U01406850 | SC0924629E | |
| 7021618 | 005029440M | 1U01407010 | SC0925045D | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 7021784 | 005029467M | 1U01407590 | SC0925117D | |
| 7021957 | 005029492J | 1U01408210 | SC0925403B | |
| 7021962 | 005029500H | 1U01408290 | SC0925795E | |
| 7022417 | 005029501E | 1U01409090 | SC0926768G | |
| 7022438 | 005029596B | 1U01409280 | SC0927618H | |
| 7022654 | 005029640E | 1U01410290 | SC0927922X | |
| 7022732 | 005029668B | 1U01412520 | SC0928194H | |
| 7022734 | 005029725G | 1U01413470 | SC0928818J | |
| 7023020 | 005029736R | 1U01417940 | SC0929160R | |
| 7023450 | 005029856G | 1U01418400 | SC0929705M | |
| 7023622 | 005029922H | 1U01418790 | SC0929837J | |
| 7023739 | 005029926M | 1U01418820 | SC0930230G | |
| 7024589 | 005029927J | 1U01418830 | SC0930815R | |
| 7025045 | 005029936G | 1U01421030 | SC0930960D | |
| 7025051 | 005029959B | 1U01421500 | SC0931547B | |
| 7026396 | 005030005G | 1U01425030 | SC0931557M | |
| 7026594 | 005030024R | 1U01427680 | SC0931585X | |
| 7026769 | 005030079B | 1U01428610 | SC0931990K | |
| 7027392 | 005030092K | 1U01428860 | SC0933006H | |
| 7027779 | 005030177M | 1U01429260 | SC0933108G | |
| 7029478 | 005030279K | 1U01429780 | SC0933119R | |
| 7029947 | 005030280W | 1U01437680 | SC0933147B | |
| 005000006W | 005030321D | 1U01439020 | SC0933510J | |
| 005000007M | 005030381X | 1U01439090 | SC0933929K | |
| 005000019X | 005030484M | 1U01440080 | SC0934020G | |
| 005000220R | 005030487D | 1U01440690 | SC0934033H | |
| 005000310H | 005030525X | 1U01444440 | SC0934722W | |
| 005000318X | 005030577R | 1U01444800 | SC0934947R | |
| 005000331J | 005030611G | 1U01446190 | SC0934953D | |
| 005000369X | 005030692E | 1U01447160 | SC0935219D | |
| 005000384D | 005030720H | 1U01451290 | SC0935885X | |
| 005000385X | 005030760X | 1U01452790 | SC0935980D | |
| 005000404G | 005030773B | 1U01452800 | SC0937052J | |
| 005000407R | 005030778D | 1U01452810 | SC0937099R | |
| 005000418E | 005030824X | 1U01453580 | SC0937829J | |
| 005000441H | 005030832X | 1U01454920 | SC0938502E | |
| 005000470J | 005030838W | 1U01454990 | SC0938633E | |
| 005000556H | 005030904X | 1U01455430 | SC0939090J | |
| 005000559W | 005030905R | 1U01455630 | SC0939153M | |
| 005000585J | 005030910G | 1U01455640 | SC0939558W | |
| 005000587D | 005030961G | 1U01456060 | SC0940667D | |
| 005000604W | 005030993W | 1U01456160 | SC0941049H | |
| 005000660H | 005031033D | 1U01457640 | SC0941192D | |
| 005000675D | 005031064W | 1U01458400 | SC0941468X | |
| 005000745J | 005031081M | 1U01458580 | SC0941487H | |
| 005000747D | 005031118E | 1U01458800 | SC0941587M | |
| 005000749R | 005031139G | 1U01459580 | SC0941667M | |
| 005000778W | 005031195W | 1U01459590 | SC0942174B | |
| 005000858W | 005031239K | 1U01459600 | SC0944071H | |
| 005000942K | 005031267W | 1U01460470 | SC0945578B | |
| 005000975X | 005031275W | 1U01463800 | SC0945995X | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 005001011X | 005031298K | 1U01464640 | SC0946192W | |
| 005001013K | 005031313M | 1U01465500 | SC0946359K | |
| 005001021K | 005031342R | 1U01465600 | SC0946470R | |
| 005001034M | 005031345E | 1U01466160 | SC0948129E | |
| 005001073H | 005031352H | 1U01466990 | SC0948205X | |
| 005001123J | 005031457R | 1U01468300 | SC0948366W | |
| 005001134X | 005031482K | 1U01470150 | SC0948901K | |
| 005001198B | 005031547H | 1U01471730 | SC0948933D | |
| 005001216K | 005031630G | 1U01471740 | SC0949460R | |
| 005001222X | 005031768B | 1U01474340 | SC0949697X | |
| 005001309M | 005031955J | 1U01476470 | SC0949930E | |
| 005001327G | 005031989M | 1U01476530 | SC0950233X | |
| 005001369J | 005032051G | 1U01476960 | SC0950301M | |
| 005001425X | 005032166G | 1U01481990 | SC0950866X | |
| 005001464M | 005032198W | 1U01483930 | SC0950900J | |
| 005001509E | 005032218B | 1U01486620 | SC0950903X | |
| 005001527W | 005032231K | 1U01486850 | SC0951989J | |
| 005001560M | 005032245J | 1U01487770 | SC0952191X | |
| 005001573R | 005032259H | 1U01488120 | SC0952637H | |
| 005001607W | 005032282K | 1U01488490 | SC0954078E | |
| 005001609J | 005032338K | 1U01490530 | SC0954367K | |
| 005001695X | 005032350G | 1U01490930 | SC0955179W | |
| 005001723D | 005032437B | 1U01492810 | SC0955218J | |
| 005001756J | 005032555X | 1U01493120 | SC0956306B | |
| 005001802G | 005032617G | 1U01493130 | SC0956628R | |
| 005001951X | 005032623M | 1U01493930 | SC0956652R | |
| 005002128D | 005032648B | 1U01493940 | SC0956766X | |
| 005002207G | 005032657W | 1U01496620 | SC0957524R | |
| 005002471H | 005032679R | 1U01497500 | SC0957760K | |
| 005002475M | 005032715X | 1U01497510 | SC0958935W | |
| 005002476J | 005032755J | 1U01497520 | SC0959077D | |
| 005002549G | 005032830H | 1U01497530 | SC0959222H | |
| 005002637G | 005032839R | 1U01498080 | SC0960033J | |
| 005002638D | 005032857H | 1U01498090 | SC0960945E | |
| 005002648R | 005032861D | 1U01502130 | SC0961114W | |
| 005002651M | 005032870X | 1U01504660 | SC0961333W | |
| 005002710K | 005032882E | 1U01513510 | SC0961344G | |
| 005002711H | 005032922M | 1U01513520 | SC0961866K | |
| 005002768G | 005032926X | 1U01515960 | SC0962431B | |
| 005002775J | 005033043W | 1U01515970 | SC0962514J | |
| 005002792G | 005033158W | 1U01516290 | SC0962657R | |
| 005002867R | 005033245B | 1U01519500 | SC0963603W | |
| 005002885H | 005033253B | 1U01520990 | SC0963720X | |
| 005002909W | 005033280J | 1U01522540 | SC0964589D | |
| 005002919J | 005033286H | 1U01523680 | SC0964999W | |
| 005002937D | 005033289W | 1U01526010 | SC0965074K | |
| 005002947R | 005033293K | 1U01528960 | SC0965259X | |
| 005003003B | 005033385W | 1U01529110 | SC0965969J | |
| 005003011B | 005033482M | 1U01529670 | SC0966092R | |
| 005003060H | 005033484G | 1U01531200 | SC0966177W | |
| 005003071W | 005033536B | 1U01531260 | SC0966380G | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 005003074G | 005033662X | 1U01531880 | SC0966744D | |
| 005003083D | 005033663R | 1U01532340 | SC0966768M | |
| 005003098W | 005033686J | 1U01532370 | SC0967219J | |
| 005003113X | 005033687G | 1U01539650 | SC0968579M | |
| 005003117E | 005033749M | 1U01542490 | SC0969030X | |
| 005003138G | 005033763B | 1U01542600 | SC0969033H | |
| 005003146G | 005033852W | 1U01542610 | SC0969167W | |
| 005003150B | 005033871G | 1U01546020 | SC0969843E | |
| 005003488G | 005033895W | 1U01548200 | SC0969930H | |
| 005003743J | 005033987D | 1U01550260 | SC0969948K | |
| 005003828K | 005034040X | 1U01551480 | SC0970122H | |
| 005003837H | 005034077K | 1U01555460 | SC0970340K | |
| 005003838E | 005034078H | 1U01559090 | SC0972161E | |
| 005003860K | 005034087E | 1U01559940 | SC0972195H | |
| 005003948D | 005034164R | 1U01559950 | SC0972405J | |
| 005003955G | 005034312J | 1U01562710 | SC0972407D | |
| 005003956D | 005034322D | 1U01569140 | SC0972565K | |
| 005003991K | 005034412R | 1U01569530 | SC0972865H | |
| 005004010R | 005034650E | 1U01571830 | SC0973211W | |
| 005004011K | 005034651B | 1U01575170 | SC0973284R | |
| 005004026G | 005034710X | 1U01576010 | SC0973766J | |
| 005004101E | 005034741M | 1U01576090 | SC0974004M | |
| 005004156J | 005034825X | 1U01577670 | SC0974271E | |
| 005004179E | 005034844H | 1U01578040 | SC0974365D | |
| 005004237G | 005034914R | 1U01579630 | SC0974422H | |
| 005004325G | 005034915K | 1U01579650 | SC0974662J | |
| 005004379R | 005034926B | 1U01593170 | SC0974681X | |
| 005004433K | 005034984E | 1U01593820 | SC0974690R | |
| 005004511X | 005035009G | 1U01599500 | SC0974777J | |
| 005004514H | 005035062H | 1U01605130 | SC0975746G | |
| 005004521K | 005035064B | 1U01605140 | SC0975885G | |
| 005004550M | 005035112J | 1U01612050 | SC0975895X | |
| 005004559B | 005035197M | 1U01612930 | SC0976030H | |
| 005004566E | 005035272K | 1U01612990 | SC0976628X | |
| 005004620B | 005035290E | 1U01613470 | SC0977629G | |
| 005004639B | 005035296D | 1U01613480 | SC0977919J | |
| 005004647B | 005035311E | 1U01616030 | SC0978085R | |
| 005004685X | 005035384D | 1U01617660 | SC0978994B | |
| 005004688H | 005035388H | 1U01619690 | SC0980204D | |
| 005004764D | 005035390J | 1U01619700 | SC0980795B | |
| 005004782R | 005035391G | 1U01623080 | SC0981237B | |
| 005004807B | 005035418E | 1U01626280 | SC0981675B | |
| 005004811R | 005035422X | 1U01628300 | SC0981694J | |
| 005004815B | 005035467K | 1U01643060 | SC0982049G | |
| 005004818J | 005035477E | 1U01656170 | SC0982260R | |
| 005004829X | 005035492H | 1U01659370 | SC0984249X | |
| 005004841M | 005035498G | 1U01661890 | SC0984559H | |
| 005004888X | 005035530E | 1U01665370 | SC0984892B | |
| 005004900K | 005035548H | 1U01667300 | SC0985138R | |
| 005004907G | 005035682G | 1U01668740 | SC0985584R | |
| 005004937E | 005035762G | 1U01669570 | SC0987513K | |

| | | | | |
|---|---|---|---|---|
| 005004966G | 005035767H | 1U01673560 | SC0987893J | |
| 005004978K | 005035783H | 1U01673570 | SC0988013R | |
| 005004990G | 005035784E | 1U01679790 | SC0988502M | |
| 005005055X | 005035785B | 1U01683060 | SC0989286R | |
| 005005056R | 005035801X | 1U01683910 | SC0989384H | |
| 005005060J | 005035838K | 1U01683920 | SC0989404K | |
| 005005065K | 005035875M | 1U01686640 | SC0989896B | |
| 005005085W | 005035900H | 1U01687860 | SC0990088B | |
| 005005126D | 005035908X | 1U01689310 | SC0990111D | |
| 005005142D | 005035977K | 1U01694390 | SC0990196G | |
| 005005174M | 005036073H | 1U01694450 | SC0990219X | |
| 005005191J | 005036163B | 1U01695180 | SC0990224J | |
| 005005199B | 005036223R | 1U01696560 | SC0990352B | |
| 005005209K | 005036280D | 1U01696710 | SC0991434E | |
| 005005236B | 005036493R | 1U01696730 | SC0991601H | |
| 005005254M | 005036495H | 1U01699180 | SC0992160K | |
| 005005266X | 005036568E | 1U01701150 | SC0992479H | |
| 005005273D | 005036681B | 1U01701510 | SC0992915M | |
| 005005286E | 005036685G | 1U01701770 | SC0994313J | |
| 005005354X | 005036778H | 1U01707340 | SC0994497D | |
| 005005356K | 005036965W | 1U01708440 | SC0994717W | |
| 005005384W | 005037016K | 1U01709220 | SC0995095X | |
| 005005385M | 005037017H | 1U01709240 | SC0995271X | |
| 005005413W | 005037018E | 1U01709900 | SC0995414D | |
| 005005435R | 005037098G | 1U01710050 | SC0996199B | |
| 005005445H | 005037132W | 1U01711100 | SC0996863D | |
| 005005446E | 005037173E | 1U01713940 | SC0996865R | |
| 005005468D | 005037212W | 1U01714480 | SC0997266J | |
| 005005471B | 005037243K | 1U01719400 | SC0997384H | |
| 005005472W | 005037322R | 1U01719410 | SC0997754K | |
| 005005479K | 005037364X | 1U01721110 | SC0998241M | |
| 005005495K | 005037380X | 1U01723300 | SC0999088X | |
| 005005496H | 005037471H | 1U01751920 | SC0999449G | |
| 005005524K | 005037478D | 1U01752110 | SC0999472J | |
| 005005532K | 005037495X | 1U01752150 | SC0999546D | |
| 005005635G | 005037496R | 1U01752560 | SC0999561G | |
| 005005649E | 005037595E | 1U01763190 | SC0999851J | |
| 005005684M | 005037660J | 1U01763530 | SC1000556H | |
| 005005690B | 005037688G | 1U01764400 | SC1000807W | |
| 005005713M | 005037789H | 1U01764580 | SC1002222J | |
| 005005833E | 005037893H | 1U01787520 | SC1002319W | |
| 005005859H | 005037997X | 1U01789270 | SC1002494D | |
| 005005975M | 005038024D | 1U01791040 | SC1002649K | |
| 005006078E | 005038087H | 1U01792700 | SC1003270K | |
| 005006082X | 005038123K | 1U01792980 | SC1004447J | |
| 005006106H | 005038187M | 1U01793530 | SC1004986K | |
| 005006195G | 005038255H | 1U01794390 | SC1005006K | |
| 005006265M | 005038553K | 1U01794400 | SC1005993G | |
| 005006296H | 005038818X | 1U01795280 | SC1006429X | |
| 005006379W | 005038883G | 1U01795340 | SC1007423K | |
| 005006436D | 005038884D | 1U01796170 | SC1007590W | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 005006437X | 005038906X | 1U01796630 | SC1007826D | |
| 005006476M | 005038938J | 1U01797350 | SC1008612E | |
| 005006534R | 005038947G | 1U01798860 | SC1008765D | |
| 005006552H | 005038956D | 1U01799610 | SC1009627J | |
| 005006574G | 005039037R | 1U01801860 | SC1011567J | |
| 005006667H | 005039097K | 1U01802100 | SC1012174D | |
| 005006683H | 005039181G | 1U01804100 | SC1012302K | |
| 005006685B | 005039211D | 1U01804480 | SC1013068B | |
| 005006722B | 005039344R | 1U01807640 | SC1013383B | |
| 005006747H | 005039367J | 1U01807660 | SC1014454R | |
| 005006776J | 006000124R | 1U01807690 | SC1014689G | |
| 005006833R | 006000131X | 1U01808660 | SC1015803H | |
| 005006904X | 006000182X | 1U01811050 | SC1016507H | |
| 005006933B | 006000421D | 1U01811060 | SC1017280J | |
| 005006934W | 006000572H | 1U01811070 | SC1018456K | |
| 005006988G | 006001506R | 1U01811260 | SC1019618R | |
| 005006990H | 006001564X | 1U01811500 | SC1019749R | |
| 005007042X | 006001751H | 1U01811540 | SC1020436B | |
| 005007109H | 006001752E | 1U01812900 | SC1021070D | |
| 005007225M | 006001753B | 1U01812910 | SC1021380K | |
| 005007244D | 006001783X | 1U01812930 | SC1021382E | |
| 005007371W | 006002201H | 1U01815470 | SC1021582R | |
| 005007406R | 006002310J | 1U01816020 | SC1021767D | |
| 005007499X | 006002326B | 1U01816030 | SC1022568X | |
| 005007522B | 006002381R | 1U01816460 | SC1022664X | |
| 005007572E | 006002427D | 1U01817320 | SC1023370B | |
| 005007717B | 006002453R | 1U01817670 | SC1024316M | |
| 005007723H | 006002633B | 1U01818270 | SC1026244R | |
| 005007771X | 006002809K | 1U01819190 | SC1030359K | |
| 005007820E | 006003776W | 1U01819910 | SC1030638G | |
| 005007894X | 006003797X | 1U01819930 | SC1031132K | |
| 005007939J | 006003867G | 1U01821030 | SC1031411G | |
| 005008095D | 006003893X | 1U01821040 | SC1031785W | |
| 005008142R | 006003894R | 1U01821060 | SC1033054G | |
| 005008185R | 006004243M | 1U01821400 | SC1036988K | |
| 005008210J | 006004450H | 1U01821420 | SC1038054B | |
| 005008215K | 006004693X | 1U01822460 | SC1038971G | |
| 005008253J | 006004968X | 1U01826650 | SC1039186H | |
| 005008354K | 006005177D | 1U01826660 | SC1040813K | |
| 005008366W | 006005529M | 1U01827390 | SC1040814H | |
| 005008403W | 006005831K | 1U01828370 | SC1042092R | |
| 005008404M | 006006329M | 1U01829700 | SC1042665X | |
| 005008539X | 006006372D | 1U01829900 | SC1046138G | |
| 005008540E | 006006672X | 1U01830440 | SC1046486M | |
| 005008555X | 006006838W | 1U01832090 | SC1047145B | |
| 005008556R | 006006839M | 1U01832120 | SC1047393D | |
| 005008605B | 006008154B | 1U01832150 | SC1049654G | |
| 005008614W | 00W0000013 | 1U01832340 | SC1049800H | |
| 005008678X | 00W0000032 | 1U01832390 | SC1050653M | |
| 005008685D | 00W0000105 | 1U01832550 | SC1051962W | |
| 005008696K | 00W0000241 | 1U03000180 | SC1052710B | |

6498358v1/015301

| | | | | |
|---|---|---|---|---|
| 005008710W | 00W0000263 | 1U03000630 | SC1052859E | |
| 005008762M | 00W0000326 | 1U03000640 | SC1052963E | |
| 005008810D | 00W0000341 | 1U03002120 | SC1055072E | |
| 005008818M | 00W0000356 | 1U03002220 | SC1060787E | |
| 005008820R | 00W0000406 | 1U03002230 | SC1060817B | |
| 005008881H | 00W0000409 | 1U03002760 | SC1060955E | |
| 005008918X | 00W0000411 | 1U03003530 | SC1061951J | |
| 005008945H | 00W0000624 | 1U03003550 | SC1062577D | |
| 005008954E | 00W0000686 | 1U03003800 | SC1063749X | |
| 005008978R | 00W0000692 | 1U03005780 | SC1064287B | |
| 005008979K | 00W0000708 | 1U03009160 | SC1065867X | |
| 005009037J | 00W0000873 | 1U03009470 | SC1066881W | |
| 005009039D | 00W0000874 | CBS0104950 | SC1068044M | |
| 005009071D | 00W0000875 | CBS0109090 | SC1068809H | |
| 005009093B | 00W0000968 | CBS0109881 | SC1070023G | |
| 005009102R | 00W0000969 | CBS0109911 | SC1070853H | |
| 005009190W | 00W0000990 | CBS0110009 | SC1072010G | |
| 005009196R | 00W0001021 | CBS0114785 | SC1073227R | |

QUESTIONS? CALL [PHONE NUMBER] OR VISIT [WEBSITE]